# UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio
### Eastern Division

| | | |
|---|---|---|
| Isabella Bunosso | : | Case No. 2:25–cv–00936–SDM–CMV |
| | : | |
| Plaintiff(s), | : | Chief District Judge Sarah D. Morrison |
| v. | : | |
| | : | |
| The Ohio State University, et al. | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF DEFICIENCY

The above–referenced civil action has been received and filed in this Court without the required Civil Cover Sheet.

Please correct this deficiency **within 30 days** by filing the attached Civil Cover Sheet.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221
614–719–3000
Clerks_Office@ohsd.uscourts.gov

August 19, 2025

**Richard W. Nagel**
**Clerk of Court**

s/ Kristen Keppler
Deputy Clerk