UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ISABELLA BUNOSSO,**

      **Plaintiff,**

  v.                          **Civil Action 2:25-cv-936**
                                **Chief Judge Sarah D. Morrison**
**THE OHIO STATE UNIVERSITY,** *et al.***,**    **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

---

**ISABELLA BUNOSSO,**

      **Plaintiff,**

  v.                          **Civil Action 2:25-cv-940**
                                **Judge Algenon L. Marbley**
**THE OHIO STATE UNIVERSITY,** *et al.***,**    **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

## ORDER

On August 18, 2025, Plaintiff commenced an action against The Ohio State University and several of its employees. (Case No. 2:25-cv-936 (the "936 Case"), Compl., ECF No. 1.) The Clerk of Court issued a notice of deficiency, indicating that Plaintiff had neglected to file the required civil cover sheet when opening the case. (936 Case, ECF No. 2.) In response, Plaintiff did not file a civil cover sheet in the 936 Case. Instead, on August 19, 2025, Plaintiff opened a new case at Case No. 2:25-cv-940 (the "940 Case") by filing a Complaint that appears to be identical to that filed in the 936 Case, as well as a civil cover sheet. (940 Case, ECF Nos. 1–2.)

Because the 940 Case appears to be duplicative of the 936 Case, the Clerk is **DIRECTED** to **CLOSE** Case No. 2:25-cv-940 and to file the civil cover sheet from the 940 Case (ECF No. 1) in Case No. 2:25-cv-936. The Clerk is further **DIRECTED** to **REFUND** to Plaintiff the $405.00 filing fee paid in the 940 Case.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE