# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ISABELLA BUNOSSO | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-00936 |
| | : | |
| v. | : | HON. SARAH D. MORRISON |
| | : | |
| THE OHIO STATE UNIVERSITY, ET AL. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Now comes Jessica N. Moore of Abdnour Weiker, LLP and hereby enters an appearance as counsel of record on behalf of Plaintiff Isabella Bunosso in the above captioned matter.

Respectfully submitted,

***/s/ Jessica N. Moore*** 
Jessica N. Moore (0101098)
Abdnour Weiker, LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
E: Jessica@education-rights.com
*Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this 22nd day of August, 2025. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system.

Respectfully submitted,

*/s/ Jessica N. Moore*
Jessica N. Moore (0101098)