**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ISABELLA BUNOSSO**, | : | |
| Plaintiff, | : | **Case No. 2:25-cv-936** |
| v. | : | **Judge Sarah D. Morrison** |
| **THE OHIO STATE UNIVERSITY, ET. AL.**, | : | **Magistrate Judge Chelsey M. Vascura** |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

**NOW COMES** Isaac Wiles Burkholder & Miller, LLC, and, in particular, Attorneys Trista M. Turley, Ryan C. Spitzer, and Kyle R. Davidson, who hereby enter their appearance in the above-captioned matter on behalf of Defendants The Ohio State University, The Ohio State University Board of Trustees, Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc-Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan. All further communications, pleadings, and notifications should be forwarded to the undersigned.

Respectfully submitted,

/s/ Trista M. Turley
Trista M. Turley (0093939) – Trial Counsel
Ryan C. Spitzer (0093515)
Kyle R. Davidson (102660)
Isaac Wiles, Burkholder & Miller LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365-9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com

kdavidson@isaacwiles.com

*Attorneys for The Ohio State University; The Ohio State University Board of Trustees; and Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc-Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 16th day of September 2025. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system.

*/s/ Trista M. Turley*
Trista M. Turley (0093939)
