UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

ISABELLA BUNOSSO,       Case No. 2:25-cv-936

   Plaintiff,      HON. SARAH D. MORRISON
               MAG. CHELSEY M. VASCURA

v.

THE OHIO STATE UNIVERSITY, et al.,

   Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Now comes the below undersigned counsel who gives notice that said attorney is entering an appearance in this matter as counsel for Plaintiff.  Please serve all further notices and copies of pleadings, papers, and other relevant material upon the undersigned.

Date:  November 17, 2025      Respectfully submitted,
                                                         ABDNOUR WEIKER LLP

                                                         *s/Elizabeth K. Abdnour*
                                                         Elizabeth K. Abdnour (0081795)
                                                         262 S. Third St.
                                                         Columbus, OH 43215
                                                         (517) 994-1776
                                                         liz@education-rights.com

## CERTIFICATE OF SERVICE

I certify that on November 17, 2025, I filed this document by use of this Court's ECF system, which will serve copies to all counsel of record.

                                                         *s/Elizabeth K. Abdnour*