# UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio
### Eastern Division

Isabella Bunosso

                        Plaintiff,

v.                                     Case No.: 2:25–cv–00936–SDM–CMV

                                          Chief District Judge Sarah D. Morrison

The Ohio State University, et al.

                        Defendant.

## ORDER

The undersigned gives notice that (s)he is an adjunct professor for compensation at Moritz College of Law, The Ohio State University. The lawsuit filed in this case does not involve the law school, but does involve The Ohio State University. The undersigned has no relationship with any part of The Ohio State University unaffiliated with the law school. In an abundance of caution, the undersigned gives notice to the parties that (s)he will recuse if any party makes such request within ten days from the date of this Order or ten days of the party entering an appearance in the case.

**IT IS HEREBY ORDERED.**

November 19, 2025                                 /s/ Chelsey M. Vascura
  (Date)                                            Chelsey M. Vascura
                                                United States Magistrate Judge