IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ISABELLA BUNOSSO, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-936 |
| | : | |
| v. | : | Chief Judge Sarah D. Morrison |
| | : | |
| THE OHIO STATE UNIVERSITY, | : | Magistrate Judge Chelsey M. Vascura |
| et al., | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff and Defendants The Ohio State University, The Ohio State University Board of Trustees, Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan ("Defendants"), through undersigned counsel, and for the reasons more fully set forth in the attached Memorandum in Support, respectfully request that Plaintiff's deadline to file a Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint, ECF No. 30, be extended from January 2, 2026 to January 23, 2026, and that Defendants' deadline to file a Reply to Plaintiff's Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint, ECF No. 30, be extended from January 9, 2026 to February 13, 2026.

Dated: December 26, 2025

Respectfully submitted,

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (0081795)
Jessica N. Moore (0101098)
Abdnour Weiker, LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001

1

F: (614) 417-5081
liz@education-rights.com
jessica@education-rights.com

*Attorneys for Plaintiff*

*/s/ Trista M. Turley*
Trista M. Turley (0093939)
Ryan C. Spitzer (0093515)
Kyle R. Davidson (0102660)
ISAAC WILES BURKHOLDER &
MILLER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365-9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com
kdavidson@isaacwiles.com

*Attorneys for The Ohio State University, The Ohio State University Board of Trustees, Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan*

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff and Defendants The Ohio State University, The Ohio State University Board of Trustees, Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan ("Defendants"), through undersigned counsel, respectfully submit this Memorandum in Support of their Joint Motion to Extend Deadlines. The Parties respectfully request that Plaintiff's deadline to file a Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint, ECF No. 30, be extended from January 2, 2026 to January 23, 2026, and that

Defendants' deadline to file a Reply to Plaintiff's Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint, ECF No. 30, be extended from January 9, 2026 to February 13, 2026.

## FACTUAL AND PROCEDURAL BACKGROUND

On December 12, 2025, Defendants filed a Motion to Partially Dismiss Plaintiff's Amended Complaint (ECF No. 30). The Parties request that this Court extend Plaintiff's deadline to respond to the Motion by three weeks, to January 23, 2026, and that this Court then extend Defendants' deadline to file a reply to Plaintiffs' response to February 13, 2026.

## LAW AND ARGUMENT

Federal Rule of Civil Procedure 16 provides: "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Regarding modifying scheduling orders, the Sixth Circuit has held:

> A district court may modify a scheduling order for "good cause." Fed. R. Civ. P. 16(b)(4); *see also* Fed. R. Civ. P. 6(b)(1)(A) (providing that a district court may grant an extension request for "good cause" when the request is made before expiration of the applicable deadline). "The primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (internal quotation marks omitted). A court should also consider whether the non-moving party is prejudiced by the proposed modification of a scheduling order. *Id*.

*Prewitt v. Hamline Univ.*, No. 18-5789 (6th Cir. Mar 22, 2019).

### I. Good Cause

The Parties seek the extension for the following reasons. Regarding the extension to Plaintiff's deadline to respond to Defendant's Partial Motion to Dismiss, the deadline falls during a period Plaintiffs' counsel had scheduled to take off for the Christmas and New Year's holidays. Counsel for Plaintiff was unable to complete and file Plaintiff's response prior to taking time off

3

for the following reasons. In August 2025, Attorney Abdnour's younger sister, who is a single parent and lives in North Carolina, was diagnosed with small cell neuroendocrine carcinoma of the cervix, which is a rare and aggressive form of cervical cancer. Since that time, Attorney Abdnour has traveled to North Carolina to care for her sister and niece periodically during chemotherapy weeks. Attorney Abdnour has very limited ability to complete casework during these weeks as the caregiving and related tasks take up most of her time. During this period, Attorney Moore has been assisting with coverage of Attorney Abdnour's cases as well as related supervision and management tasks,[1] limiting her ability to complete casework as well. Both Attorneys Abdnour and Moore need a break over the holidays to maintain their mental and emotional health. Extending the deadline to file Plaintiff's response to January 23, 2026, will allow both attorneys to take such very needed time off.

At Plaintiff's counsel's request, Defendants' counsel readily agreed to the extension, if Plaintiff's counsel would agree to a mutual extension, as Defendants' counsel is scheduled to be in a lengthy and complex administrative hearing the week of February 2, 2026. Therefore, she requested a weeklong extension of Defendants' deadline to file a reply from February 6, 2026, to February 13, 2026, to which Plaintiff's counsel readily agreed.

**II.     No Prejudice**

Counsel for Plaintiff and Defendants have conferred and do not believe these extensions will cause any prejudice to any party.

**CONCLUSION**

Good cause exists to grant the requested extension. Counsel for Plaintiff and Defendants are working diligently to comply with all Court deadlines. The extension of time requested will

---

[1] Attorney Abdnour currently has a personal caseload of 64 cases and manages AW's Michigan office, which requires providing supervision and oversight to four attorneys and two law clerks.

not cause any undue hardship or prejudice to any party. Failure to grant this Motion will cause prejudice to the Parties.

WHEREFORE, the Parties respectfully request that Plaintiff's deadline to file a Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint, ECF No. 30, be extended from January 2, 2026 to January 23, 2026, and that Defendants' deadline to file a Reply to Plaintiff's Response to Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint, ECF No. 30, be extended from January 9, 2026 to February 13, 2026.

Respectfully submitted,

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (0081795)
Jessica N. Moore (0101098)
Abdnour Weiker, LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
liz@education-rights.com
jessica@education-rights.com

*Attorneys for Plaintiff*

*/s/ Trista M. Turley*
Trista M. Turley (0093939)
Ryan C. Spitzer (0093515)
Kyle R. Davidson (0102660)
ISAAC WILES BURKHOLDER &
MILLER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365-9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com
kdavidson@isaacwiles.com

*Attorneys for The Ohio State University,*
*The Ohio State University Board of*

*Trustees, Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of December 2025, a true and accurate copy of the foregoing document was filed using the Court's ECM/ECF filing system, which will send an electronic notification to the Clerk of Courts and all counsel of record.

             */s/ Jessica N. Moore*
             Jessica N. Moore (0101098)