# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ISABELLA BUNOSSO,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-936 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| **THE OHIO STATE UNIVERSITY, ET AL.** | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant(s). | : | |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

In accordance with the Parties' Rule 26(f) Report (ECF No. 24, PageID #161), Plaintiff Isabella Bunosso and Defendants The Ohio State University, The Ohio State University Board of Trustees, Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan jointly move the Court to enter the attached Stipulated Protective Order. The Parties have negotiated this order to address issues of confidentiality and any clawback issues that may arise during this litigation.

Respectfully Submitted,

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (0081795)
Jessica N. Moore (0101098)
ABDNOUR WEIKER LLP
262 S. 3rd Street
Columbus, OH 43215
Phone: (614) 745-2001
Fax:    (614) 417-5081
liz@education-rights.com
jessica@education-rights.com

*Counsel for Plaintiff Isabella Bunosso*

*/s/ Trista M. Turley with permission*
Trista M. Turley (0093939)
Ryan C. Spitzer (0093515)
Kyle R. Davidson (0102660)
ISAAC WILES BURKHOLDER & MILLER, LLC
Two Miranova Place, Ste. 700
Columbus, OH 43215
Phone: (614) 221-2121
Fax:     (614) 265-9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com
kdavidson@isaacwiles.com

*Counsel for Defendants The Ohio State University;*
*The Ohio State University Board of Trustees;*
*Peter Mohler, Walter Carter, Jr.; Melissa Gilliam;*
*Karla Zadnik; Ravi Bellamkonda; Selin Malkoc Goodman;*
*Joseph Goodman; Rebecca Reczek, Greg Allenby; and*
*Melissa Mayhan*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 16th day of January, 2026. Notice of this filing will be sent to the Clerk of Courts and all parties by operation of the Court's electronic filing system.

>  */s/ Elizabeth K. Abdnour*
>  Elizabeth K. Abdnour (0081795)