## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ISABELLA BUNOSSO,<br>Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY, ET. AL.;<br>Defendants. | Case No. 2:25-cv-936<br><br>Hon. Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

| | |
|---|---|
| Jessica N. Moore (0101098)<br>Elizabeth K. Abdnour (0081795)<br>ABNDOUR WEIKER, LLP<br>262 S. Third Street<br>Columbus, Ohio 43215<br>T: (614) 745-2001<br>F: (614) 417-5081<br>jessica@education-rights.com<br>liz@education-rights.com<br>*Attorneys for Plaintiff* | Trista M. Turley (0093939) – Trial Counsel<br>Ryan C. Spitzer (0093515)<br>Kyle R. Davidson (0102660)<br>ISAAC WILES BURKHOLDER & MILLER, LLC<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215<br>TEL: 614.221.2121<br>FAX: 614.365-9516<br>tturley@isaacwiles.com<br>rspitzer@isaacwiles.com<br>kdavidson@isaacwiles.com<br>*Attorneys for Defendants* |

## STIPULATED MOTION AND PROPOSED ORDER TO AMEND CAPTION

The amended complaint in this matter was filed on November 28, 2025. Plaintiff has since married and changed her name to Isabella Kringlen. The Parties have stipulated to amend the caption, pursuant to Federal Rule of Civil Procedure 15(a)(2). As the Court "should freely give leave" to amend "when justice so requires," the Parties hereby request that the Court amend the caption as follows:

ISABELLA KRINGLEN, f/k/a ISABELLA BUNOSSO,
Plaintiff,

v.

THE OHIO STATE UNIVERSITY, ET. AL,
Defendants.

Respectfully Submitted,

ABDNOUR WEIKER LLP

*/s/ Jessica N. Moore*
Jessica N. Moore (0101098)
Elizabeth K. Abdnour (0081795)
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
E: Jessica@education-rights.com
E: Liz@education-rights.com
*Attorneys for Plaintiff*

*/s/ Ryan C. Spitzer (with permission)*
Ryan C. Spitzer (0093515)
Trista M. Turley (0093939)
Kyle R. Davidson (0102660)
ISAAC WILES BURKHOLDER & MILLER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365-9516
rspitzer@isaacwiles.com
tturley@isaacwiles.com
kdavidson@isaacwiles.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all parties via counsel of record by electronic mail this 2nd day of June, 2026.

*/s/ Jessica N. Moore*
Jessica N. Moore (0101098)

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ISABELLA KRINGLEN, f/k/a ISABELLA
BUNOSSO,
Plaintiff,

v.

THE OHIO STATE UNIVERSITY, ET. AL.;
Defendants.

Case No. 2:25-cv-936

Hon. Sarah D. Morrison

Magistrate Judge Chelsey M. Vascura

## ORDER GRANTING AMENDMENT TO CAPTION

This matter having come before the Court upon the Parties' Stipulated Motion and Proposed

Order to Amend Caption, and for good cause shown,

IT IS HEREBY ORDERED that this case's caption shall be as follows:

ISABELLA KRINGLEN, f/k/a ISABELLA BUNOSSO,
Plaintiff,

v.

THE OHIO STATE UNIVERSITY, ET. AL,
Defendants.

IT IS SO ORDERED.

Dated:

_____
HON. SARAH D. MORRISON
United States District Court Judge