**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ISABELLA KRINGLEN, f/k/a ISABELLA BUNOSSO,
Plaintiff,

v.

THE OHIO STATE UNIVERSITY, ET. AL.;
Defendants.

Case No. 2:25-cv-936

Hon. Sarah D. Morrison

Magistrate Judge Chelsey M. Vascura

Jessica N. Moore (0101098)
Elizabeth K. Abdnour (0081795)
ABDNOUR WEIKER, LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
jessica@education-rights.com
liz@education-rights.com
*Attorneys for Plaintiff*

Trista M. Turley (0093939) – Trial Counsel
Ryan C. Spitzer (0093515)
Kyle R. Davidson (0102660)
ISAAC WILES BURKHOLDER & MILLER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365.9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com
kdavidson@isaacwiles.com
*Attorneys for Defendants*

**JOINT MOTION FOR EXTENSION OF TIME**

Now come Plaintiff Isabella Kringlen and Defendants the Ohio State University, Greg Allenby, Joseph Goodman, Selin Malkoc Goodman, Melissa Mayhan, and Rebecca Reczek through undersigned counsel, and respectfully move this Court to extend certain deadlines in this matter. In support of their motion, the parties state as follows:

1. Pursuant to this Court's current Preliminary Pretrial Order (ECF No. 26), the current deadlines apply:
   a. Primary expert reports August 28, 2026
   b. Rebuttal expert reports September 25, 2026
   c. Plaintiff settlement demand October 2, 2026
   d. Defendant settlement response October 23, 2026

| | | |
|---|---|---|
| e. | Settlement conference | November 30, 2026 |
| f. | Completion of discovery | December 23, 2026 |
| g. | Dispositive motions | February 12, 2027 |

2. The parties have been working diligently to comply with all Court deadlines. The parties have been in conversation about the exchange of discovery, seeking to ensure orderly and appropriate production for each side. Plaintiff has produced answers and documents responsive to Defendants' first set of discovery requests. Defendants have produced answers to Plaintiff's discovery requests. The parties anticipate that Defendants will also produce documents in response to Plaintiff's discovery requests, and the parties are continuing to develop search terms that will elicit an appropriate set of relevant documents. The latest set of search terms produced over 60,000 documents consisting of well over a hundred thousand pages. Both sides remain engaged in good faith discussion about search terms and any other discovery-related concerns. Anticipating, even with more targeted search terms, that the Defendants' discovery production may create tens of thousands of pages of relevant documents, the parties have discussed a need for a longer discovery window to allow both parties and any experts to evaluate any potentially new information made available through discovery.

3. For these reasons, Plaintiff and Defendants respectfully request that the Court modify the current Preliminary Pretrial Order to accommodate the following deadlines:

| | | |
|---|---|---|
| a. | Primary expert reports | November 24, 2026 |
| b. | Rebuttal expert reports | December 22, 2026 |
| c. | Plaintiff settlement demand | January 11, 2027 |
| d. | Defendant settlement response | February 1, 2027 |
| e. | Settlement conference | February 26, 2027 |
| f. | Completion of discovery | March 31, 2027 |
| g. | Dispositive motions | June 1, 2027 |

4. Under Fed. R. Civ. P. 16, good cause exists to extend the deadlines at issue.

5. The parties have consulted concerning this motion, pursuant to S.D. Ohio Civ. R. 7.3(a), and the motion is unopposed.

6. No party shall be prejudiced by extending these deadlines.

WHEREFORE, the parties pray that the Motion be granted, extending the aforementioned deadlines as outlined.

Respectfully submitted,

***/s/ Jessica N. Moore***
Jessica N. Moore (0101098)
Elizabeth K. Abdnour (0081795)
ABDNOUR WEIKER LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
E: Jessica@education-rights.com
E: Liz@education-rights.com
*Attorneys for Plaintiff*

***/s/ Trista M. Turley (with permission)***
Trista M. Turley (0093939) – Trial Counsel
Ryan C. Spitzer (0093515)
Kyle R. Davidson (0102660)
ISAAC WILES BURKHOLDER & MILLER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365.9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com
kdavidson@isaacwiles.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I filed a true and correct copy electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties who have entered an appearance in this case.

***/s/ Jessica N. Moore***
Jessica N. Moore (0101098)