**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO EASTERN DIVISION**

ISABELLA KRINGLEN, f/k/a ISABELLA BUNOSSO,
Plaintiff,

v.

THE OHIO STATE UNIVERSITY, ET. AL.;
Defendants.

Case No. 2:25-cv-936

Hon. Sarah D. Morrison

Magistrate Judge Chelsey M. Vascura

---

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

WHEREAS, the parties have filed a Joint Motion for Extension of Time concerning certain discovery deadlines as current set forth in the Court's Preliminary Pretrial Order, ECF No. 26, and

WHEREAS, pursuant to Fed. R. Civ. P. 16 and S.D. Ohio R. 7.3(a), the parties have shown good cause for granting this motion;

**NOW THEREFORE IT IS ORDERED**:

The new discovery deadlines, superseding the deadlines in the Court's Preliminary Pretrial Order, ECF No. 26, are as follows:

| | |
|---|---|
| Primary expert reports | November 24, 2026 |
| Rebuttal expert reports | December 22, 2026 |
| Plaintiff settlement demand | January 11, 2027 |
| Defendant settlement response | February 1, 2027 |
| Settlement conference | February 26, 2027 |
| Completion of discovery | March 31, 2027 |
| Dispositive motions | June 1, 2027 |

Date: ______________

_______________________________________
UNITED STATES MAGISTRATE JUDGE