**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ISABELLA KRINGLEN, f/k/a ISABELLA BUNOSSO,
Plaintiff,

v.

THE OHIO STATE UNIVERSITY, ET. AL.;
Defendants.

Case No. 2:25-cv-936

Hon. Sarah D. Morrison

Magistrate Judge Chelsey M. Vascura

---

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

This matter is before the Court on the parties' Joint Motion for Extension of Time (ECF No. 40) concerning certain discovery deadlines as current set forth in the Court's Preliminary Pretrial Order. For good cause shown, the Motion is **GRANTED**. It is **ORDERED** that the new discovery deadlines, superseding the deadlines in the Court's Preliminary Pretrial Order (ECF No. 26) are as follows:

| | |
|---|---|
| Primary expert reports | November 24, 2026 |
| Rebuttal expert reports | December 22, 2026 |
| Plaintiff settlement demand | January 11, 2027 |
| Defendant settlement response | February 1, 2027 |
| Settlement conference | February 26, 2027 |
| Completion of discovery | March 31, 2027 |
| Dispositive motions | June 1, 2027 |

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE