**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ISABELLA KRINGLEN,
f/k/a ISABELLA BUNOSSO,

Plaintiff,

v.

THE OHIO STATE UNIVERSITY, ET. AL.;
Defendants.

Case No. 2:25-cv-936

Hon. Sarah D. Morrison

Magistrate Judge Chelsey M. Vascura

---

Jessica N. Moore (0101098)
Elizabeth K. Abdnour (0081795)
ABNDOUR WEIKER, LLP
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
jessica@awlawohio.com
liz@education-rights.com
*Attorneys for Plaintiff*

Trista M. Turley (0093939) – Trial Counsel
Ryan C. Spitzer (0093515)
Kyle R. Davidson (0102660)
ISAAC WILES BURKHOLDER & MILLER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365-9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com
kdavidson@isaacwiles.com
*Attorneys for Defendants*

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Jessica N. Moore, trial attorney for Isabella Kringlen, in the above-referenced action, hereby moves the court to admit Mitchell D. Sickon, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Isabella Kringlen.

Movant represents that Mitchell D. Sickon is a member in good standing of the highest court of Michigan as attested by the accompanying certificate from that court and that Mitchell D. Sickon is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Mitchell D. Sickon's relevant identifying information is as follows:

| | |
|---|---|
| Business telephone: | (248) 487-1645 |
| Business fax: | (614) 417-5081 |
| Business address: | 325 E. Grand River Ave.<br>Ste. 250<br>East Lansing, MI 48823 |
| Business email address: | mitch@education-rights.com |

Respectfully Submitted,

ABDNOUR WEIKER LLP

***/s/ Jessica N. Moore***
Jessica N. Moore (0101098)
Elizabeth K. Abdnour (0081795)
262 S. Third Street
Columbus, Ohio 43215
T: (614) 745-2001
F: (614) 417-5081
E: Jessica@awlawohio.com
E: Liz@education-rights.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all parties via counsel of record by electronic mail this 18th day of November, 2026.

***/s/ Jessica N. Moore***
Jessica N. Moore (0101098)