# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

The State Bar of Michigan certifies that on November 17, 2026, Mitchell David Sickon, P82407, of East Lansing, Michigan, is an active member of the State Bar of Michigan in good standing.

Mitchell David Sickon was admitted to practice in Michigan on April 12, 2018 in Washtenaw County and became a member of the State Bar of Michigan on April 20, 2018.

Peter W. Cunningham
Executive Director