**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ISABELLA BUNOSSO,** | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-936** |
| v. | : | **Judge Sarah D. Morrison** |
| **THE OHIO STATE UNIVERSITY, ET. AL.,** | : | **Magistrate Judge Chelsey M. Vascura** |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

**NOW COMES** ISAAC WILES BURKHOLDER & MILLER, LLC, and, in particular, Attorney Andrew Fraser, who hereby enter their appearance in the above-captioned matter as Co-Counsel on behalf of Defendants The Ohio State University, The Ohio State University Board of Trustees, Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc-Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan. All further communications, pleadings, and notifications should be forwarded to the undersigned.

Respectfully submitted,

*<u>/s/ Andrew Fraser</u>*

Trista M. Turley (0093939) – Trial Counsel
Ryan C. Spitzer (0093515)
Kyle R. Davidson (102660)
Andrew Fraser (0097129)
ISAAC WILES, BURKHOLDER & MILLER LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
TEL: 614.221.2121
FAX: 614.365-9516
tturley@isaacwiles.com
rspitzer@isaacwiles.com
kdavidson@isaacwiles.com
afraser@isaacwiles.com

*Attorneys for The Ohio State University; The Ohio State University Board of Trustees; and Peter Mohler, Walter Carter, Jr., Melissa Gilliam, Karla Zadnik, Ravi Bellamkonda, Selin Malkoc-Goodman, Joseph Goodman, Rebecca Reczek, Greg Allenby, and Melissa Mayhan*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 19th day of November 2026. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system.

*/s/ Andrew Fraser*
Andrew Fraser (0097129)